IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICHARD HOEFT,

    Plaintiff,

v.

CAPTAIN MICHAEL KASTEN and
JOHN DOE,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-116-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.

_____       _____
Peter Oppeneer, Clerk of Court                                                  Date (3/8/10)